Frederick A. Jones v. Standard Plunger Elevator Company.— Motion to dismiss appeal granted, with ten dollars costs. Opinion per curiam. Motion to amend order denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.